# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2017

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| CRISTOL, A. J. | U.S. BANKRUPTCY COURT, FLORIDA | 06/20/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| CHIEF JUDGE EMERITUS | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2017<br>to<br>12/31/2017 |

**7. Chambers or Office Address**

C. CLYDE ATKINS UNITED STATES COURTHOUSE
301 NORTH MIAMI AVENUE
CHAMBERS 717
MIAMI, FLORIDA 33128

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Judicial Director | University of Miami School of Law Alumni Association |
| 2. | Trustee | Trust #2 |
| 3. | Trustee | Trust #3 |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judicial Center educational seminar or program | 03/13/17 to 03/15/17 | Charleston, NC | Educational seminar or program | Air, Hotel, meals |
| 2. | Court governance or administrative/managerial meetings Funded by: Court (Judiciary) | 03/30/17 to 04/01/17 | Islamorada, FL | Judicial Conference | Hotel, Meals |
| 3. | Bankruptcy Bar Association for the Southern District of Florida | 05/11/17 to 05/14/17 | Bonita Springs, FL | Educational seminar or program | Hotel, Meals |
| 4. | The Florida Bar Association | 06/22/17 to 06/23/17 | Boca Raton, FL | Activity of professional assoc or civic organization | Hotel, Meals |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | CRISTOL, A. J. | 06/20/2019 |

| 5. | National Conference of Bankruptcy Judges | 10/07/17 to 10/11/17 | Las Vegas, NV | Educational seminar or program | Air, Hotel, Meals |
|---|---|---|---|---|---|

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✓] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. General Electric | D | Dividend | M | T | Sold (part) | 11/14/17 | K | A | |
| 2. Hospitality Properties | B | Dividend | J | T | | | | | |
| 3. Miami-Dade Aviation | B | Interest | K | T | | | | | |
| 4. Cohen & Steers | C | Dividend | L | T | | | | | |
| 5. Elbit | A | Dividend | K | T | | | | | |
| 6. AT&T | C | Dividend | L | T | | | | | |
| 7. Nuveen Real Estate Fund Com | A | Dividend | J | T | | | | | |
| 8. CVS Caremark | | None | | | Sold | 03/30/17 | K | A | |
| 9. Starbucks | A | Dividend | K | T | Sold (part) | 10/05/17 | J | C | |
| 10. Hillsborough County FL | B | Interest | | | Redeemed | 11/01/17 | K | A | |
| 11. Lord Abbett Floating Rate/High Yield | D | Dividend | M | T | Buy (add'l) | 01/04/17 | L | | |
| 12. Apple Inc | B | Dividend | L | T | | | | | |
| 13. Celgene Corp | | None | K | T | | | | | |
| 14. Comcast Corp NEw Special CL A | A | Dividend | K | T | Buy (add'l) | 03/29/17 | J | | |
| 15. | | | | | Buy (add'l) | 06/30/17 | J | | |
| 16. | | | | | Sold (part) | 10/05/17 | J | A | |
| 17. Mednax Inc | | None | | | Buy (add'l) | 07/31/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold | 10/05/17 | J | A | |
| 19. Grandeur Peak Int'l Oppertunities | B | Dividend | K | T | | | | | |
| 20. Genesis Energy LP | B | Distribution | J | T | | | | | |
| 21. Angel Oak Multi Strategy | D | Dividend | M | T | Buy (add'l) | 02/23/17 | K | | |
| 22. | | | | | Sold (part) | 04/05/17 | L | A | |
| 23. UBS AG Trigger | | None | | | Redeemed | 01/03/17 | L | | |
| 24. Allergan PLC | A | Dividend | K | T | Buy (add'l) | 05/09/17 | J | | |
| 25. Gilead Sciences Inc | A | Dividend | J | T | | | | | |
| 26. Alphabet Inc CL A | | None | K | T | | | | | |
| 27. Alphabet Inc CL C | | None | K | T | Buy (add'l) | 02/01/17 | J | | |
| 28. Royal Bank of Canada Trigger PS SPX | | None | | | Sold | 01/03/17 | K | D | |
| 29. Grandeur Peak Global | B | Dividend | K | T | | | | | |
| 30. Spectra Energy Partners LP | B | Distribution | | | Sold | 11/14/17 | M | A | |
| 31. Florida ST BRD ED PUB ED | B | Interest | K | T | | | | | |
| 32. Royal Bank of Canada Trigger STEP PS SXE | | None | | | Sold | 01/30/17 | K | C | |
| 33. Goldman Sachs Group Trigger | | None | K | T | | | | | |
| 34. Citigroup Inc Trigger | | None | | | Sold | 01/03/17 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Home Depot Inc | A | Dividend | K | T | | | | | |
| 36. UnitedHealth Group Inc | A | Dividend | K | T | | | | | |
| 37. Maine St Hsg Auth Mtge P SR D | B | Interest | L | T | | | | | |
| 38. North Dakota St Hsg FIN Sr D RV | A | Interest | K | T | | | | | |
| 39. Morgan Stan;ey L/O TPAOS SPX | B | Int./Div. | | | Redeemed | 05/30/17 | K | A | |
| 40. HSBC USA Inc | | None | K | T | | | | | |
| 41. JP Morgan Chase Trigger PS SXE5 | | None | | | Sold | 03/17/17 | K | D | |
| 42. Royal Bank of Canada Trigger ROS SPX | | None | | | Sold | 03/17/17 | L | D | |
| 43. Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 44. Pepsico Inc | A | Dividend | J | T | | | | | |
| 45. American Tower Corp REIT | A | Dividend | J | T | | | | | |
| 46. Miscrosoft Corp | A | Dividend | K | T | | | | | |
| 47. Nestle's A Sponsared (Y) | | | | | | | | | |
| 48. Ishares MSCI Europe Financials (Y) | | | | | | | | | |
| 49. Facebook Inc Cl A | | None | K | T | Buy (add'l) | 05/22/17 | J | | |
| 50. | | | | | Buy (add'l) | 06/09/17 | J | | |
| 51. | | | | | Buy (add'l) | 11/02/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Visa Inc. CL A | A | Dividend | K | T | | | | | |
| 53. Heico Corp New | A | Dividend | K | T | Buy (add'l) | 01/26/17 | J | | |
| 54. | | | | | Buy (add'l) | 01/30/17 | J | | |
| 55. | | | | | Sold (part) | 04/19/17 | J | A | |
| 56. JP Morgan Chase Financial CT-ISS SPX | | None | K | T | | | | | |
| 57. JP Morgan Chase Financial LO/TA-CYN MXEA SPX | A | Int./Div. | | | Redeemed | 02/15/17 | K | | |
| 58. UBS AG L/O TA-CYN NDX RTY 7/18/2019 | A | Int./Div. | | | Redeemed | 01/19/17 | K | | |
| 59. UBS AG L/O TA-CYN NDX RTY 12/04/2019 | A | Int./Div. | | | Redeemed | 06/01/17 | K | | |
| 60. UBS AG L/O TA-CYN RTY SPX 10/19/2021 | C | Int./Div. | | | Redeemed | 10/19/17 | K | | |
| 61. GS Finance Corp L/O SDT-AN MXEA SPX 11/30/2021 | | None | | | Redeemed | 12/07/17 | K | B | |
| 62. UBS AG L/O TA-STD RTY SPX 11/30/2021 | | None | | | Redeemed | 12/06/17 | K | B | |
| 63. Citigroup Global Markets TAR-SS MXEA SX5E 12/21/2021 | | None | L | T | | | | | |
| 64. American Express Bank, FSB (y) | | | | | | | | | |
| 65. Discover Bank (Y) | | | | | | | | | |
| 66. State of Israel Bond (Y) | | | | | | | | | |
| 67. Jazz Pharmaceuticals PLC (X) | | None | K | T | Buy | 01/06/17 | J | | |
| 68. | | | | | Buy (add'l) | 01/23/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 05/19/17 | J | | |
| 70. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 71. Principal Preferred Securiteis Fund (X) | B | Dividend | K | T | Buy | 01/26/17 | K | | |
| 72. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 73. Eagle Materials Inc (X) | A | Dividend | | | Buy | 01/26/17 | J | | |
| 74. | | | | | Sold | 06/20/17 | J | A | |
| 75. Transamerica Mid Cap Value Opps FD Class I (X) | B | Dividend | K | T | Buy | 01/31/17 | J | | |
| 76. | | | | | Buy (add'l) | 12/18/17 | J | | |
| 77. Block Financial NTS B/A 4.125% 100120 DTD093015 (X) | B | Interest | K | T | Buy | 02/06/17 | K | | |
| 78. Viacom Inc B/E 4.250% 090123 DTD 081913 (X) | B | Interest | K | T | Buy | 02/06/17 | K | | |
| 79. Metropolitan Transit Auth SR E B/ER (X) | B | Interest | K | T | Buy | 02/09/17 | K | | |
| 80. North TX TWY Auth SR A RV B/E/R (X) | A | Interest | K | T | Buy | 02/09/17 | K | | |
| 81. American Tower Corp B/E 4.70% 031522 DTD031212 (X) | A | Interest | K | T | Buy | 02/09/17 | K | | |
| 82. Fidelity Natl Inform NTS 4.5% 101522 DTD102015 (X) | A | Interest | K | T | Buy | 02/13/17 | K | | |
| 83. NASDAQ QMX Group 4.225% 060124 DTD052914 (X) | B | Interest | K | T | Buy | 02/13/17 | K | | |
| 84. Monster Beverage Corp New Com (X) | | None | K | T | Buy | 03/13/17 | J | | |
| 85. | | | | | Buy (add'l) | 03/30/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 03/31/17 | J | | |
| 87. | | | | | Buy (add'l) | 04/07/17 | J | | |
| 88. Transamerica floating rate fund class I (X) | C | Dividend | L | T | Buy | 03/17/17 | K | | |
| 89. | | | | | Buy (add'l) | 05/11/17 | K | | |
| 90. SPDR S&P Bank ETF (X) | A | Dividend | K | T | Buy | 04/06/17 | J | | |
| 91. | | | | | Buy (add'l) | 04/11/17 | J | | |
| 92. | | | | | Buy (add'l) | 05/17/17 | J | | |
| 93. | | | | | Buy (add'l) | 12/28/17 | J | | |
| 94. T-Mobile US Inc Com (X) | | None | K | T | Buy | 06/20/17 | J | | |
| 95. | | | | | Buy (add'l) | 07/20/17 | J | | |
| 96. | | | | | Buy (add'l) | 09/14/17 | J | | |
| 97. Ulta Beauty, Inc (X) | | None | | | Buy | 07/11/17 | J | | |
| 98. | | | | | Buy (add'l) | 07/17/17 | J | | |
| 99. | | | | | Sold | 07/17/17 | K | A | |
| 100. Huntington Ingalls Inds Inc (X) | | None | J | T | Buy | 12/13/17 | J | | |
| 101. Federated Strategic Value DIv Class IS (X) | A | Dividend | K | T | Buy | 12/14/17 | K | | |
| 102. Clearbridge Dividend Strategy FD CL I (X) | A | Dividend | K | T | Buy | 12/14/17 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Trust # 2 (H) | | | | | | | | | |
| 104. FL SIT BD (y) | | | | | | | | | |
| 105. Hospitality Properties | A | Dividend | J | T | | | | | |
| 106. General Electric | B | Dividend | K | T | | | | | |
| 107. Heico | A | Dividend | K | T | Buy (add'l) | 02/06/17 | J | | |
| 108. AT&T | A | Dividend | K | T | Buy (add'l) | 10/25/17 | J | | |
| 109. Cohen&Steers | A | Dividend | J | T | | | | | |
| 110. Palm Beach Solid Waste | B | Interest | K | T | | | | | |
| 111. Miami Dade Aviation | C | Interest | L | T | | | | | |
| 112. New York Development | A | Interest | | | Sold | 02/10/17 | L | C | |
| 113. Lee Mem Hlth | B | Interest | K | T | | | | | |
| 114. Alphabet Inc. CL A | | None | L | T | | | | | |
| 115. Port St. Lucie Fl Research Faci | A | Interest | | | Sold | 01/30/17 | L | A | |
| 116. Georgia Hsg & Fin Auth | B | Interest | K | T | Sold (part) | 07/01/17 | J | A | |
| 117. Lord Abbet Floating | D | Dividend | L | T | | | | | |
| 118. Mednax Inc | | None | | | Sold | 08/22/17 | K | A | |
| 119. Mednax Inc | | None | J | T | Buy | 09/26/17 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. SPDR Gold Trust | | None | K | T | Sold (part) | 12/05/17 | J | A | |
| 121. Angel Oak Multi Strategy Income Class Instl | A | Dividend | N | T | | | | | |
| 122. Hercules Technology Growth | | None | | | Sold | 05/15/17 | J | B | |
| 123. Village Cmnty Dev No 6 Ser 2013 | A | Interest | K | T | | | | | |
| 124. Amer Express | A | Dividend | K | T | Buy (add'l) | 04/05/17 | J | | |
| 125. Energy Transfer Partners L.P. MLP (F/K/A) Energy Transfer Ptrs L | A | Distribution | | | Sold | 11/14/17 | K | A | |
| 126. Blackstone Group LP | B | Distribution | K | T | | | | | |
| 127. Costco Wholesale | B | Dividend | K | T | Buy (add'l) | 04/04/17 | J | | |
| 128. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 129. | | | | | Buy (add'l) | 06/19/17 | J | | |
| 130. | | | | | Sold (part) | 10/11/17 | K | A | |
| 131. Energy Transger Partners (y) | | | | | | | | | |
| 132. New York NY Fiscal | D | Interest | M | T | | | | | |
| 133. Wisconsin St Clean Wtr | B | Interest | L | T | | | | | |
| 134. Credit Suisse AG Trigger | | None | K | T | | | | | |
| 135. Royal Bank of Canada Trigger SPS SPX | | None | K | T | | | | | |
| 136. Angel Oak Flexible Income Fund Cleass I | C | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Lord Abbett High Yield Fd CL F | | None | M | T | | | | | |
| 138. Dowdupont Inc (Formerly DuPont De Demours) | A | Dividend | L | T | | | | | |
| 139. Whiting USA | | None | | | Sold | 04/07/17 | J | A | |
| 140. Seadrill LTD US Line | | None | | | Sold | 04/05/17 | J | A | |
| 141. Facebook Inc CL A | | None | J | T | | | | | |
| 142. RMR Group Inc/CL A (Y) | | | | | | | | | |
| 143. Barclays Bank PLC Airbag PS SPX | | None | | | Sold | 01/03/17 | K | B | |
| 144. Maine ST Hsg Auth Mtge P SR D | C | Interest | L | T | Sold (part) | 11/03/17 | J | A | |
| 145. North Dakota ST Hsg Fin SR D RV | A | Interest | K | T | | | | | |
| 146. Victory High Minucipal Bond Fund Class Y | C | Dividend | L | T | | | | | |
| 147. Royal Bank of Canada Trigger PS EFA | | None | | | Sold | 01/03/17 | J | A | |
| 148. JP Morgan Chase & CO TriggerPS DXK | | None | J | T | Sold (part) | 01/03/17 | K | A | |
| 149. Alphabet Inc CL C (y) | | | | | | | | | |
| 150. Fortune Brands Home & Sec Inc | A | Dividend | | | Sold | 08/04/17 | J | B | |
| 151. Sealed Air Corp New | | None | | | Sold | 02/09/17 | J | A | |
| 152. Fidelity National Financial Inc | A | Dividend | J | T | | | | | |
| 153. Priceline Group Inc New | | None | | | Buy (add'l) | 06/12/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 06/12/17 | J | | |
| 155. | | | | | Buy (add'l) | 08/09/17 | J | | |
| 156. | | | | | Sold | 11/07/17 | K | A | |
| 157. Hudson Infra Structure | B | Interest | | | Sold | 03/23/17 | L | A | |
| 158. Indian Trace CMTY | A | Interest | K | T | | | | | |
| 159. Nevada ST FGIC | B | Interest | | | Sold | 12/01/17 | K | | |
| 160. UBS AG L/O TA-CYN NDX RTY 7/18/19 | | None | | | Redeemed | 01/19/17 | K | | |
| 161. Citigroup Global Markets T-SS SPX 7/31/20 | | None | L | T | | | | | |
| 162. JP Morgan Chase L/O TA-CYN SPX SX5E 10/19/20 | | None | | | Redeemed | 04/20/17 | K | | |
| 163. UBS AG L/O TA-CYN RTY SPX 10/19/21 | | None | | | Redeemed | 10/19/17 | K | | |
| 164. JP Morgan Chase L/O TA-CYN MXEA RTY 01/02/20 | | None | | | Redeemed | 06/30/17 | K | | |
| 165. UBS AG Trigger Step PS RTY 6/30/17 (X) | | None | | | Sold | 01/03/17 | K | D | |
| 166. The Goldman Sachs Group Trigger ROS MID 01/31/2018 | | None | | | Sold | 01/03/17 | L | D | |
| 167. Citigroup Inc. Trigger PS SPX 11/30/2018 | | None | | | Sold | 01/03/17 | K | D | |
| 168. Morgan Stanley L/O TPAOS SPX SX5E | | None | | | Redeemed | 05/30/17 | K | | |
| 169. J- P Morgan Chase Trigger PS INTL 7/31/19 (Y) | | | | | | | | | |
| 170. UBS AG CAR PS SX5E 12/31/19 (X) | | None | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. Transamerica Floating Rate Fund CL I (X) | A | Dividend | K | T | Buy | 04/07/17 | K | | |
| 172. Transamerica Mis Cap Value Opps FD Cl I (X) | B | Dividend | K | T | Buy | 01/04/17 | K | | |
| 173. Transamerica Floating Rate Fund CL I (X) | C | Dividend | L | T | Buy | 02/06/17 | K | | |
| 174. | | | | | Buy (add'l) | 03/07/17 | K | | |
| 175. Blackstone Group LP/The Unit Repstg LTD (X) | | None | K | T | Buy | 02/23/17 | J | | |
| 176. Cisco Systems Inc (X) | A | Dividend | J | T | Buy | 04/11/17 | J | | |
| 177. | | | | | Buy (add'l) | 04/26/17 | J | | |
| 178. TE Connectivity LTD CHF (X) | A | Dividend | J | T | Buy | 05/17/17 | J | | |
| 179. Victory Trivalent International Small Cap (X) | A | Dividend | J | T | Buy | 08/09/17 | J | | |
| 180. SPDR S&P bank ETF (X) | A | Dividend | J | T | Buy | 09/05/17 | J | | |
| 181. Black Knight Inc (X) | | None | | | Spinoff (from line 152) | 10/02/17 | J | | |
| 182. | | | | | Sold | 11/17/17 | J | B | |
| 183. Cobb County GA Dev Auth PK 2017 RV BE/R (X) | A | Interest | K | T | Buy | 02/15/17 | K | | |
| 184. | | | | | Buy (add'l) | 12/19/17 | K | | |
| 185. Dallas Fort Worth TX IN SR C RV (X) | A | Interest | K | T | Buy | 03/01/17 | J | | |
| 186. | | | | | Buy (add'l) | 03/01/17 | K | | |
| 187. King Co WA Pub HSP DST SR B 3/13/17 (X) | B | Interest | K | T | Buy | 03/15/17 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Michigan St BLDG Auth SR I RV (X) | A | Interest | K | T | Buy | 04/26/17 | K | | |
| 189. Tallahassee FL Energy SY RV (X) | | None | K | T | Buy | 06/14/17 | K | | |
| 190. Washington ST Univ RV BE (X) | A | Interest | K | T | Buy | 06/30/17 | K | | |
| 191. Washington ST CTFS Partn SR B RV (X) | | None | K | T | Buy | 07/18/17 | K | | |
| 192. Rhode Island ST TPK & BR SR A RV (X) | A | Interest | K | T | Buy | 08/28/17 | K | | |
| 193. New York NY City Mun WT SR DDE BE (X) | A | Interest | K | T | Buy | 09/14/17 | K | | |
| 194. Stephen F Austin ST Univ RV BE (X) | A | Interest | K | T | Buy | 09/21/17 | K | | |
| 195. South Carolina ST HSG D A-1 BE (X) | A | Interest | L | T | Buy | 10/24/17 | L | | |
| 196. New Jersey Turnpike Auth RV BE/R (X) | | None | K | T | Buy | 12/20/17 | K | | |
| 197. Miami Dade Cnty FL Avia A-1 RV/BE/R 5.250% 100124 DTD 083115 (X) | C | Interest | L | T | | | | | |
| 198. Trust # 3 (H) | | | | | | | | | |
| 199. General Motors Company Warrant 072016 (y) | | | | | | | | | |
| 200. General Motors Company Warrant 072019 | | None | J | T | | | | | |
| 201. General Motors Company(GM) (Y) | | | | | | | | | |
| 202. Capital Product Partners LP | C | Dividend | K | T | | | | | |
| 203. Transocean Limited REG SHS | | None | K | T | | | | | |
| 204. Amazon Com Incorporated | | None | N | T | Sold (part) | 10/05/17 | K | E | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. Hi-Crush Partners LP Com | B | Distribution | L | T | | | | | |
| 206. Memorial Prodtn Partners LP (Y) | | | | | | | | | |
| 207. Fidus Invt Corporation | D | Dividend | L | T | | | | | |
| 208. Dowdupont inc F/K/A Du Pont E I De Nemours Co | | None | | | Merged (with line 273) | 10/05/17 | K | | |
| 209. Angel Oak Multi-Strategy Inc Fund Class Instl | D | Dividend | M | T | | | | | |
| 210. Lord Abbett Floating Rate fD Cl F | D | Dividend | M | T | Buy (add'l) | 01/04/17 | K | | |
| 211. Seadrill LTD US Line | | None | | | Sold | 04/05/17 | J | A | |
| 212. Florida ST Brd ED Lottery | D | Interest | M | T | | | | | |
| 213. UBS AB Trigger | | None | | | Sold | 01/03/17 | K | A | |
| 214. Citigroup Inc Trigger | | None | | | Sold | 11/14/17 | L | D | |
| 215. Biogen Inc | | None | J | T | | | | | |
| 216. Home Depot Inc | A | Dividend | K | T | | | | | |
| 217. Mastercard Inc CL A | A | Dividend | K | T | | | | | |
| 218. Mednax Inc | | None | J | T | | | | | |
| 219. Pepsico Inc | A | Dividend | K | T | Buy (add'l) | 09/20/17 | J | | |
| 220. Verizon Inc (y) | | | | | | | | | |
| 221. Walt Disney Co (Holding Co) | A | Dividend | K | T | Sold (part) | 08/22/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. Dallas Fort Worth TX IN SR C RV | B | Interest | K | T | | | | | |
| 223. Florida ST Muni Pwr AGY | C | Interest | L | T | | | | | |
| 224. Broward CO FL ARPT | B | Interest | K | T | | | | | |
| 225. Miami Dade CNTY FLA AVIA | C | Interest | L | T | | | | | |
| 226. Victory High Minucipal Bond Fund Class Y | D | Dividend | M | T | | | | | |
| 227. Amgen Inc | A | Dividend | K | T | Buy (add'l) | 05/22/17 | J | | |
| 228. Celgene Corp | | None | K | T | Buy (add'l) | 06/01/17 | J | | |
| 229. Cisco Systems Inc | A | Dividend | K | T | Buy (add'l) | 05/31/17 | J | | |
| 230. | | | | | Buy (add'l) | 11/16/17 | J | | |
| 231. Coresite Rlty Corp COM Reit | A | Dividend | K | T | Buy (add'l) | 09/15/17 | J | | |
| 232. Facebook Inc Cl A | | None | K | T | Buy (add'l) | 06/09/17 | J | | |
| 233. Gilead Sciences Inc | A | Dividend | K | T | | | | | |
| 234. Johnson Ctls Intl PLC | A | Dividend | J | T | Buy (add'l) | 02/01/17 | J | | |
| 235. Kraft Heinz Co/The | A | Dividend | K | T | Buy (add'l) | 02/16/17 | J | | |
| 236. | | | | | Buy (add'l) | 05/11/17 | J | | |
| 237. | | | | | Buy (add'l) | 08/24/17 | J | | |
| 238. Miscrosoft Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. New Jersey Turnpike Auth SR B RV | B | Interest | K | T | | | | | |
| 240. Maine ST HSG Auth MTGE P SR C | B | Interest | K | T | | | | | |
| 241. Allianzgi Short Duration High Income Cl Intl | C | Dividend | L | T | | | | | |
| 242. General Electric Co | D | Dividend | M | T | | | | | |
| 243. Chesapeak Granite Wash Trus | D | Distribution | L | T | | | | | |
| 244. JP Morgan Chase Financial TAR-GEARS SPX 8/31/2021 | | None | K | T | | | | | |
| 245. JP Morgan Chase Financial CT-ISS SPX 3/29/2019 | | None | K | T | | | | | |
| 246. JP Morgan Chase Financial L/O TA-CYN MXEA SPX 5/17/2019 | A | Int./Div. | | | Redeemed | 02/15/17 | K | | |
| 247. UBS AG L/O CYN NDX RTY 7/18/2019 | C | Int./Div. | | | Redeemed | 01/19/17 | K | | |
| 248. Barclays Bank PLC L/O TA-CYN RY SX5E 8/15/2019 | A | Int./Div. | | | Redeemed | 02/15/17 | K | | |
| 249. Citigroup Global Markets T-SS SPX 7/31/2020 | | None | K | T | | | | | |
| 250. UBS AG L/O TA-CYN RTY SPX 10/19/2021 | A | Int./Div. | | | Redeemed | 10/19/17 | K | | |
| 251. Goldman Sach Group Inc | | None | | | Sold | 03/16/17 | K | D | |
| 252. Morgan Stanley L/O TPAOS SPX SX5E 11/30/2018 | B | Int./Div. | | | Redeemed | 05/30/17 | K | | |
| 253. Goldman Sachs Group Inc Trigger PS EFA | | None | K | T | | | | | |
| 254. JP Morgan Chase Trigger PS SX5E 4/30/2020 | | None | J | T | | | | | |
| 255. Diversified Property Fund Class I (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Principal Preferred Securiteis Fund (X) | A | Dividend | | | Buy | 01/27/17 | K | | |
| 257. | | | | | Buy (add'l) | 02/09/17 | J | | |
| 258. | | | | | Merged (with line 274) | 06/27/17 | K | | |
| 259. Transamerica floating rate fund class I (X) | C | Dividend | M | T | Buy | 01/31/17 | K | | |
| 260. | | | | | Buy (add'l) | 04/07/17 | K | | |
| 261. | | | | | Buy (add'l) | 07/17/17 | K | | |
| 262. Atlanta GA ARPT Passenge SR A RV BE/ R (X) | B | Interest | L | T | Buy | 02/14/17 | L | | |
| 263. Thermo Fisher Scientific Inc (X) | A | Dividend | K | T | Buy | 03/30/17 | J | | |
| 264. | | | | | Buy (add'l) | 05/09/17 | J | | |
| 265. WCM Focused International Airport (X) | A | Dividend | K | T | Buy | 05/22/17 | K | | |
| 266. | | | | | Buy (add'l) | 12/14/17 | J | | |
| 267. Discovery Comm LLC B/E 3.250% 040123 dtd031913 (X) | A | Interest | K | T | Buy | 07/24/17 | K | | |
| 268. Verizon Communications 4.150% 031524 DTD 031714 (X) | A | Interest | K | T | Buy | 07/24/17 | K | | |
| 269. Verizon Communications 5.150% 091523 DTD 091813 (X) | A | Interest | K | T | Buy | 08/03/17 | K | | |
| 270. US Concrete Inc FKA WTS US Concrete Inc CL b Exp 08/31/17 (X) | | None | | | Matured | 08/31/17 | J | A | |
| 271. Bioverativ Inc | | None | J | T | Spinoff (from line 215) | 02/02/17 | J | | |
| 272. | | | | | Sold (part) | 02/02/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,000 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Dowdupont Inc (X) | C | Dividend | M | T | Sold (part) | 10/05/17 | J | C | |
| 274. Principal Investors Preferred Secs Inst F/K/A Principal Preferred S(X) | B | Dividend | K | T | | | | | |
| 275. UBS AG L/O TA-CYN MXEF NKYSX5E (X) | | None | L | T | Buy | 11/15/17 | L | | |
| 276. UBS Traditional (IRA) #2 (H) | | | | | | | | | |
| 277. Seadrill LTD US Line | | None | J | T | | | | | |
| 278. Angel Oak Multi-Strategy Inc FD CL Inst | | None | | | Sold | 03/17/17 | L | A | |
| 279. UBS AG Trigger PS SX5E | | None | J | T | | | | | |
| 280. Citigroup Inc. Trigger PS SX5E | | None | J | T | | | | | |
| 281. Goldman Sachs Group Inc Trigger PS EFA | | None | J | T | | | | | |
| 282. Morgan Stanley L/O TPAOS SPX SX5E | | None | J | T | | | | | |
| 283. JPMorgan Chase& CO Trigger PS SX5E | | None | J | T | | | | | |
| 284. UBS Traditional (IRA) #3 (H) | | | | | | | | | |
| 285. UBS AG Trigger PS SX5E | | None | | | Merged (with line 279) | 04/18/17 | J | | |
| 286. Citigroup Inc. Trigger PS SX5E | | None | | | Merged (with line 280) | 04/18/17 | J | | |
| 287. Morgan Stanley L/O TPAOS SPX SX5E | | None | | | Merged (with line 282) | 04/18/17 | J | | |
| 288. The Goldman Sachs Group Trigger ROS MID | | None | | | Sold | 03/16/17 | J | A | |
| 289. Goldman Sachs Group Inc Trigger PS EFA | | None | | | Merged (with line 281) | 04/18/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. JPMorgan Chase& CO Trigger PS SX5E | | None | | | Merged (with line 283) | 04/18/17 | J | | |
| 291. | | | | | | | | | |
| 292. | | | | | | | | | |
| 293. | | | | | | | | | |
| 294. | | | | | | | | | |
| 295. | | | | | | | | | |
| 296. | | | | | | | | | |
| 297. | | | | | | | | | |
| 298. | | | | | | | | | |
| 299. | | | | | | | | | |
| 300. | | | | | | | | | |
| 301. | | | | | | | | | |
| 302. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1
Line 103 - Heading Trust #2
All Lines items from prior year included a "-" before the name for not apparent reason. In order to use the search funtion, the "-" has been removed.

Note 2
Line 125, Name change from prior year ( Energy Transfer Ptrs L to current (Energy Transfer Partners L.P. MLP) partnerhsip interest was consequently sold in 2017.

Note 3
Line 138 - Name change from DuPont Demours to Dowdupont in 2017.

Note 4
Line 152, Fidelity National Financial spun off Line 181 Black Knight Inc - Black Knight Inc was subsequeslty sold on Line 182.

Note 5
Line 198, Heading Trust #3
All Lines items from prior year included a "-" before the name for not apparent reason. In order to use the search funtion, the "-" has been removed.

Note 6
Line 208 - Name change from DuPont Demours to Dowdupont in 2017. Subsequently sold partial shares on Line 273.

Note 7
Line 284. Heading UBS Traditional IRA #3
Items in this section was transferred to Line 276, Heading UBS Traditional IRA #2.

AMENDED RETURN

PART IV:
Line 3, column "Source" was chagned from - Educational seminar or program Funded by: Bar Organization, or Bar Group, to Bankruptcy Bar Association for the Southern District of Florida

Line 4, column "Source" was changed from - Activity of professional assoc or civic organization Funded by: Bar Group, Bar to The Florida Bar Association

Line 5, column "Source" was chagned from - Educational seminar or program Funded by: Prof or Civic Group (Private), to National Conference of Bankruptcy Judges

| Name of Person Reporting | Date of Report |
|---|---|
| CRISTOL, A. J. | 06/20/2019 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ A. J. CRISTOL**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544